**TIMMONS v. N.C. DEPT. OF TRANSPORTATION**

[346 N.C. 173 (1997)]

ROBERT E. TIMMONS, JR., Employee v. NORTH CAROLINA DEPARTMENT OF
TRANSPORTATION, Employer; Self-Insurer

No. 377PA96

(Filed 9 May 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 123 N.C. App. 456, 473 S.E.2d 356 (1996), affirming in part an opinion and award of the North Carolina Industrial Commission, filed 26 May 1995, and remanding to the Industrial Commission the matter of costs for clarification and such further orders with respect thereto as may be proper. This Court allowed defendant's petition for discretionary review on 7 November 1996. Heard in the Supreme Court 16 April 1997.

*Folger and Folger, by Fred Folger, Jr., for plaintiff-appellee.*

*Michael F. Easley, Attorney General, by D. Sigsbee Miller, Assistant Attorney General, for defendant-appellant.*

*Smith Helms Mulliss & Moore, L.L.P., by George D. Kimberly, Jr., on behalf of North Carolina Association of Defense Attorneys, amicus curiae.*

PER CURIAM.

AFFIRMED.